No. 567, Misc. PERRONI v. ILLINOIS. Circuit Court of Logan County, Illinois. Certiorari denied.

No. 437, Misc. SCHIEBELHUT ET AL. v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit and other relief denied. Petitioners pro se. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for the United States.

No. 480, Misc. TOMKALSKI v. MARTIN, WARDEN. Court of Appeals of New York. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 357. LARSEN v. IDAHO, ante, p. 882;
No. 547. SMITH ET AL. v. TENNESSEE, ante, p. 930;
No. 553. LaGLORIA OIL & GAS CO. ET AL. v. SCOFIELD, FORMERLY COLLECTOR OF INTERNAL REVENUE, ante, p. 933;
No. 562. DICKSON, WARDEN, v. CARMEN, ante, p. 934;
No. 577. SHAVIN v. UNITED STATES, ante, p. 934; and
No. 325, Misc. SPAMPINATO ET UX. v. M. BREGER & Co. INC. ET AL., ante, p. 944. Petitions for rehearing denied.

No. 440. AMERICAN SECURIT Co. v. SHATTERPROOF GLASS CORP., ante, p. 902. The motion of Smith, Bucklin and Associates, Inc., for leave to file brief, as amicus curiae, in support of petition for rehearing denied. Petition for rehearing denied.

No. 472. RAUCH ET AL. v. STOCKINGER ET AL., ante, p. 913. Motion for leave to file petition for rehearing denied.